**Carmen GUZMAN–MUELLING, Petitioner,**

v.

**SOCIAL SECURITY ADMINISTRATION, Respondent.**

No. 2012–3124.

United States Court of Appeals, Federal Circuit.

Oct. 21, 2013.

James W. Richard, II, Associate General Counsel, American Federation of Government Employees, of Baltimore, Maryland, argued for petitioner.

Elizabeth Anne Speak, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, Kirk T. Manhardt, Assistant Director, and Matthew F. Scarlato, Trial Attorney.

NEWMAN, PLAGER, and CHEN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**